**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02288-RPM-KLM

ELIZABETH HUDSPETH,

     Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

     Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                    BY THE COURT:

                    s/Richard P. Matsch

October 20, 2011
_____    _____
DATE                        U.S. DISTRICT JUDGE